C. Dennis Barbour, O'Fallon, MO, for Appellant.

Yvonne M. Yarnell, Reginald P. Bodeux, St. Charles, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., KURT S. ODENWALD, J., and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

David Hang appeals the trial court's grant of summary judgment to Shelter Mutual Insurance Company. On appeal Hang contends the court erred in finding the underinsured motorist endorsement unambiguous. We find that the trial court did not err in granting summary judgment. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

Wayne T. Schoeneberg, St. Peters, MO, for Appellant.

Chris Koster, Atty. Gen., Samuel E. Buffaloe, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Laura Nobe appeals from the judgment of the Circuit Court of St. Charles County affirming the revocation of her driving privileges by the Director of Revenue for the State of Missouri. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

**Laura NOBE, Appellant,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Respondent.**

No. ED 97996.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 2, 2012.

**Katie BENEDICK, Appellant,**

v.

**SSM CARDIOVASCULAR, et al., Respondents.**

No. ED 98081.

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 2, 2012.